

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00372-CV

———————————————

SYLVIA PENA, Appellant

V.

FORTILINE, INC., Appellee

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-296156-17

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On November 17, 2021, and November 30, 2021, we notified Appellant that we would dismiss this appeal unless she complied with Texas Rule of Appellate Procedure 5 by paying the filing fee. *See* Tex. R. App. P. 5, 12.1(b), 42.3(c), 44.3. Appellant has not done so.

Because Appellant has not complied with the Texas Rules of Appellate Procedure, we dismiss the appeal. *See* Tex. R. App. P. 5, 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered:  December 23, 2021